UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                **DECISION AND ORDER**
       v.                                                  25-CR-244-A

DONNELL LLOYD,

                        Defendant.

_____

       This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. (Dkt. No. 14). On January 23, 2026, Defendant Donnell Lloyd appeared before Magistrate Judge McCarthy, waived his right to indictment (Dkt. No. 15) and pursuant to a written plea agreement (Dkt. No. 17), entered a plea of guilty to a one-count Information (Dkt. No. 16), which charges him with one count of felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

       Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 19) confirming his oral findings that Defendant's waiver of indictment and plea of guilty were knowing and voluntary, and that the plea of guilty was supported by a factual basis. No timely objections to the Report and Recommendation have been filed. It is hereby

       **ORDERED** that, upon review of the waiver of indictment (Dkt. No. 15), the information (Dkt. No. 16), the plea agreement (Dkt. No. 17), and the plea transcript (Dkt. No. 20) of the January 23, 2026, change-of-plea proceeding before the Magistrate Judge; and the Report and Recommendation (Dkt. No. 19), the Court finds that all the

requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed. Defendant's waiver of his right to indictment together with his plea of guilty were knowing and voluntary, and the plea of guilty was supported by a factual basis. The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule. The Magistrate Judge determined that Defendant understood the foregoing. Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.

**Sentencing is scheduled for June 23, 2026 at 12:00 pm.** The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                                              __*s/Richard J. Arcara*_____
                                              HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT COURT

Dated:  February 17, 2026
        Buffalo, New York